[No. 54728-3-I. Division One. May 8, 2006.]

JAMES JOHNSON JEREMIAH-NJIRIMANI, *Appellant,* v. HARBORVIEW MEDICAL CENTER/HMC ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-41800-5, Steven C. Gonzalez, J., entered July 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54763-1-I. Division One. May 8, 2006.]

WATERKIST CORPORATION, *Appellant,* v. RODGER MAY ET AL., *Defendants,* SMOKI FOODS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-00636-1, Michael S. Spearman, J., entered July 16, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 54793-3-I; 54857-3-I. Division One. May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE MICHAEL FOXHOVEN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY ESPINOZA SANDERSON, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, Nos. 02-1-01553-3 and 02-1-01343-3, Michael F. Moynihan, J., entered August 19, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Cox, J.

[No. 54975-8-I. Division One. May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS EUGENE GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00138-7, Ellen J. Fair, J., entered August 31, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Agid, J.